**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Scott D. Jack**
Debtor(s)

Bankruptcy Case No.: 15−24402−CMB

Chapter: 13
Docket No.: 68 − 67

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 23rd of February, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/9/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/27/21 at 01:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/9/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 15-24402-CMB
Scott D. Jack                                                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dsaw            Page 1 of 3
Date Rcvd: Feb 23, 2021      Form ID: 408v        Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott D. Jack, 613 Patterson Road, Apollo, PA 15613-9742 |
| 14146461 | + | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14146463 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14157662 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14146466 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14191311 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14156032 | + | First National Bank Of PA, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14146468 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14993207 | + | Flagstar Bank, FSB as servicer for Lakeview Loan S, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14146469 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14158580 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14162527 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:37:14 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14155662 | | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14146462 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14146464 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:41:43 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15032940 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:38:36 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14164257 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:45:20 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14146466 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:41:45 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14146467 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 24 2021 03:21:00 | Esb/Harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14156031 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 24 2021 03:21:00 | Esb/Harley Davidson Credit, Po Box 21829, Carson City, NV 89721-1829 |
| 14146470 | + | Email/Text: bankruptcy@huntington.com | Feb 24 2021 03:20:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |

Case 15-24402-CMB  Doc 70  Filed 02/25/21  Entered 02/26/21 00:47:02  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 408v | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14156034 | + | Email/Text: bankruptcy@huntington.com | Feb 24 2021 03:20:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14156029 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:41:36 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14146465 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:45:11 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14226331 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:41:35 | JPMORGAN CHASE BANK, N.A., CHASE RECORDS CENTER, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |
| 14986824 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 24 2021 03:21:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14174331 | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:37:14 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14149302 | + | Email/Text: bankruptcy@huntington.com | Feb 24 2021 03:20:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14225199 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:41:44 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14146471 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:43:33 | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Lakeview Loan S |
| cr | | JPMorgan Chase Bank, NA |
| cr | | LAKEVIEW LOAN SERVICING, LLC, |
| cr | | Lakeview Loan Servicing, LLC c/o Flagstar Bank, FS |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14156025 | *+ | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14156026 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14156027 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14156028 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14156030 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14156033 | *+ | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14156035 | *+ | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 4 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
| Date Rcvd: Feb 23, 2021 | Form ID: 408v | Total Noticed: 30 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor JPMorgan Chase Bank NA ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC, ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC, bnicholas@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Flagstar Bank FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| James P. Valecko | on behalf of Creditor The Huntington National Bank jvalecko@weltman.com PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor JPMorgan Chase Bank NA pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor JPMorgan Chase Bank NA jschalk@barley.com, sromig@barley.com |
| Lauren Moyer | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC, ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Scott D. Jack ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12