**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SCOTT D. JACK<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:15-24402<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 22, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/02/2015 and confirmed on 2/12/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,308.20 |
| Less Refunds to Debtor | 1,628.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,679.69 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 3,451.59 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,151.59 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 37,368.40 | 0.00 | 37,368.40 |
|   Acct: 3574 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 598.73 | 598.73 | 0.00 | 598.73 |
|   Acct: 3574 | | | | |
| ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6616 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 2,190.53 | 2,190.53 | 261.98 | 2,452.51 |
|   Acct: 8874 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0215 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 6,401.59 | 6,401.59 | 838.31 | 7,239.90 |
|   Acct: 2775 | | | | |
| | | | | 47,659.54 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCOTT D. JACK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCOTT D. JACK | 1,628.51 | 1,628.51 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGENT COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5006 | | | | |
| BANK OF AMERICA NA** (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1260 | | | | |
| BANK OF AMERICA NA** | 4,615.78 | 4,615.78 | 0.00 | 4,615.78 |

15-24402 Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2399 | | | | |
|   CAPITAL ONE BANK NA** | 2,982.63 | 2,982.63 | 0.00 | 2,982.63 |
|     Acct: 5591 | | | | |
|   ECAST SETTLEMENT CORP | 2,858.66 | 2,858.66 | 0.00 | 2,858.66 |
|     Acct: 4931 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 4,000.96 | 4,000.96 | 0.00 | 4,000.96 |
|     Acct: 2822 | | | | |
|   CAPITAL ONE BANK (USA) NA CABELAS C | 3,410.53 | 3,410.53 | 0.00 | 3,410.53 |
|     Acct: 6626 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|   ANN E SWARTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 17,868.56 |

TOTAL PAID TO CREDITORS                                                              65,528.10

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 9,190.85 |
| UNSECURED | 17,868.56 |

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SCOTT D. JACK

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-24402

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Scott D. Jack  
    Debtor

Case No. 15-24402-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 3  
Date Rcvd: Feb 23, 2021      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott D. Jack, 613 Patterson Road, Apollo, PA 15613-9742 |
| 14146461 | + | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14146463 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14157662 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14146466 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14191311 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14156032 | + | First National Bank Of PA, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14146468 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14993207 | + | Flagstar Bank, FSB as servicer for Lakeview Loan S, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14146469 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14158580 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14162527 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:36:01 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14155662 | | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14146462 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14146464 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:43:33 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15032940 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:37:22 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14164257 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:41:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14146466 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:45:21 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14146467 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 24 2021 03:21:00 | Esb/Harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14156031 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 24 2021 03:21:00 | Esb/Harley Davidson Credit, Po Box 21829, Carson City, NV 89721-1829 |
| 14146470 | + | Email/Text: bankruptcy@huntington.com | Feb 24 2021 03:20:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |

Case 15-24402-CMB   Doc 71   Filed 02/25/21   Entered 02/26/21 00:47:02   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14156034 | + | Email/Text: bankruptcy@huntington.com | Feb 24 2021 03:20:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14156029 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:41:35 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14146465 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:41:36 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14226331 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:41:36 | JPMORGAN CHASE BANK, N.A., CHASE RECORDS CENTER, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |
| 14986824 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 24 2021 03:21:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14174331 | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:36:01 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14149302 | + | Email/Text: bankruptcy@huntington.com | Feb 24 2021 03:20:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14225199 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:41:44 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14146471 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 02:43:33 | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Lakeview Loan S |
| cr | | JPMorgan Chase Bank, NA |
| cr | | LAKEVIEW LOAN SERVICING, LLC, |
| cr | | Lakeview Loan Servicing, LLC c/o Flagstar Bank, FS |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14156025 | *+ | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14156026 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14156027 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14156028 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14156030 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14156033 | *+ | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14156035 | *+ | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 4 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 15-24402-CMB   Doc 71   Filed 02/25/21   Entered 02/26/21 00:47:02   Desc Imaged
Certificate of Notice   Page 7 of 7

District/off: 0315-2 | User: dsaw | Page 3 of 3
Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 30

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor JPMorgan Chase Bank NA ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC, ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC, bnicholas@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Flagstar Bank FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| James P. Valecko | on behalf of Creditor The Huntington National Bank jvalecko@weltman.com PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor JPMorgan Chase Bank NA pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor JPMorgan Chase Bank NA jschalk@barley.com, sromig@barley.com |
| Lauren Moyer | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC, ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Scott D. Jack ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12