| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Scott D. Jack** | Social Security number or ITIN  xxx–xx–6193 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–24402–CMB** | |

# Order of Discharge                                                                                     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Scott D. Jack

<u>4/12/21</u>                                                             **By the court:**     <u>Carlota M. Bohm</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 15-24402-CMB
Scott D. Jack Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 3
Date Rcvd: Apr 12, 2021     Form ID: 3180W     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott D. Jack, 613 Patterson Road, Apollo, PA 15613-9742 |
| 14146461 | + | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14157662 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14156032 | + | First National Bank Of PA, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14146468 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14993207 | + | Flagstar Bank, FSB as servicer for Lakeview Loan S, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14146469 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14158580 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14162527 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 13 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2021 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 13 2021 03:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2021 02:02:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: RECOVERYCORP.COM | Apr 13 2021 03:03:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14155662 | | EDI: GMACFS.COM | Apr 13 2021 03:03:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14146462 | + | EDI: GMACFS.COM | Apr 13 2021 03:03:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14146463 | | EDI: BANKAMER.COM | Apr 13 2021 03:03:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14146464 | | EDI: CAPITALONE.COM | Apr 13 2021 03:03:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15032940 | + | EDI: AIS.COM | Apr 13 2021 03:03:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Fe Ave., Oklahoma City, OK 73118-7901 |
| 14164257 | | EDI: CAPITALONE.COM | Apr 13 2021 03:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14146466 | + | EDI: CITICORP.COM | Apr 13 2021 03:03:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14191311 | | EDI: ECAST.COM | Apr 13 2021 03:03:00 | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14146467 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 13 2021 02:02:00 | Esb/Harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14156031 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 13 2021 02:02:00 | Esb/Harley Davidson Credit, Po Box 21829, Carson City, NV 89721-1829 |
| 14146470 | + | Email/Text: bankruptcy@huntington.com | Apr 13 2021 02:02:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14156034 | + | Email/Text: bankruptcy@huntington.com | Apr 13 2021 02:02:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14156029 | | EDI: JPMORGANCHASE | Apr 13 2021 03:03:00 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14146465 | | EDI: JPMORGANCHASE | Apr 13 2021 03:03:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14226331 | | EDI: JPMORGANCHASE | Apr 13 2021 03:03:00 | JPMORGAN CHASE BANK, N.A., CHASE RECORDS CENTER, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |
| 14986824 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 13 2021 02:02:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14174331 | | EDI: RECOVERYCORP.COM | Apr 13 2021 03:03:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14149302 | + | Email/Text: bankruptcy@huntington.com | Apr 13 2021 02:02:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14225199 | | EDI: CAPITALONE.COM | Apr 13 2021 03:03:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14146471 | + | EDI: CAPITALONE.COM | Apr 13 2021 03:03:00 | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Lakeview Loan S |
| cr | | JPMorgan Chase Bank, NA |
| cr | | LAKEVIEW LOAN SERVICING, LLC, |
| cr | | Lakeview Loan Servicing, LLC c/o Flagstar Bank, FS |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14156025 | *+ | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14156026 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14156027 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14156028 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14156030 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |

Case 15-24402-CMB    Doc 74    Filed 04/14/21    Entered 04/15/21 00:41:01    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2021 | Form ID: 3180W | Total Noticed: 32 |

| 14156033 | *+ | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14156035 | *+ | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 4 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor JPMorgan Chase Bank  NA ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC, bnicholas@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| James P. Valecko | on behalf of Creditor The Huntington National Bank jvalecko@weltman.com  PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor JPMorgan Chase Bank  NA pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor JPMorgan Chase Bank  NA jschalk@barley.com, sromig@barley.com |
| Lauren Moyer | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC, ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Scott D. Jack ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11