# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　SCOTT D. JACK<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:15-24402<br><br>Chapter 13<br><br>Document No.: re doc. 67 |

**ORDER OF COURT**　　　　**ENTERED BY DEFAULT**

AND NOW, this ____12th____ day of ____April____, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/12/21 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **dmk**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Scott D. Jack  
    Debtor

Case No. 15-24402-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 3  
Date Rcvd: Apr 12, 2021      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott D. Jack, 613 Patterson Road, Apollo, PA 15613-9742 |
| 14146461 | + | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14146463 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14157662 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14191311 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14156032 | + | First National Bank Of PA, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14146468 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14993207 | + | Flagstar Bank, FSB as servicer for Lakeview Loan S, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14146469 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14158580 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14162527 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Apr 13 2021 01:08:09 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14155662 | | Email/Text: ally@ebn.phinsolutions.com | Apr 13 2021 02:01:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14146462 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 13 2021 02:01:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14146464 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 13 2021 01:08:07 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15032940 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 13 2021 01:08:11 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14164257 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 13 2021 01:08:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14146466 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2021 01:08:09 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14146467 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 13 2021 02:02:00 | Esb/Harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14156031 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 13 2021 02:02:00 | Esb/Harley Davidson Credit, Po Box 21829, Carson City, NV 89721-1829 |
| 14146470 | + | Email/Text: bankruptcy@huntington.com | Apr 13 2021 02:02:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14156034 | + | Email/Text: bankruptcy@huntington.com | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Apr 13 2021 02:02:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14156029 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 13 2021 01:06:10 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14146465 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 13 2021 01:06:10 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14226331 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 13 2021 01:04:15 | JPMORGAN CHASE BANK, N.A., CHASE RECORDS CENTER, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |
| 14986824 | + Email/Text: cashiering-administrationservices@flagstar.com | Apr 13 2021 02:02:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14174331 | Email/PDF: rmscedi@recoverycorp.com | Apr 13 2021 01:06:13 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14149302 | + Email/Text: bankruptcy@huntington.com | Apr 13 2021 02:02:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 14225199 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 13 2021 01:08:07 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14146471 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 13 2021 01:08:07 | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Lakeview Loan S |
| cr | | JPMorgan Chase Bank, NA |
| cr | | LAKEVIEW LOAN SERVICING, LLC, |
| cr | | Lakeview Loan Servicing, LLC c/o Flagstar Bank, FS |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14156025 | *+ | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14156026 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14156027 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14156028 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14156030 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14156033 | *+ | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14156035 | *+ | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 4 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2021              Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Alexandra Teresa Garcia
on behalf of Creditor JPMorgan Chase Bank  NA ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Alexandra Teresa Garcia
on behalf of Creditor Lakeview Loan Servicing  LLC c/o Flagstar Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC, bnicholas@kmllawgroup.com

Francis Thomas Tarlecki
on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

James P. Valecko
on behalf of Creditor The Huntington National Bank jvalecko@weltman.com  PitEcf@weltman.com

Jeremy J. Kobeski
on behalf of Creditor JPMorgan Chase Bank  NA pawb@fedphe.com

Joseph P. Schalk
on behalf of Creditor JPMorgan Chase Bank  NA jschalk@barley.com, sromig@barley.com

Lauren Moyer
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC, ecfmail@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Scott D. Jack ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 11